```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 06835
     JEAN D PERRY
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

           Debtor
     SSN XXX-XX-8591


-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 06/13/06 and confirmed on 09/29/06.

     2.  The case was dismissed after confirmation, 08/17/2007.

     3.  The Debtor paid a total of $  12962.00 .

     4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                             PAID            PAID
-----------------------------------------------------------------------------
CHASE HOME FINANCE         CURRENT MORTG          .00            .00             .00
CHASE HOME FINANCE         MORTGAGE ARRE     51708.00            .00         3963.87
WILSHIRE CREDIT CORP       SECURED                .00            .00             .00
WILSHIRE CREDIT CORP       MORTGAGE ARRE      9800.00            .00          751.25
AMERICAN GENERAL FINANCE   SECURED           19678.00        1488.00         4856.43
DUPAGE COUNTY COLLECTOR    SECURED                .00            .00             .00
EPI REALTY & MANAGEMENT    UNSECURED        NOT FILED            .00             .00
CARILLON ADULT MASTER AS   UNSECURED        NOT FILED            .00             .00
B LINE LLC                 UNSECURED          8751.42            .00             .00
ECAST SETTLEMENT CORPORA   UNSECURED          7308.74            .00             .00
ECAST SETTLEMENT CORPORA   UNSECURED           858.69            .00             .00
ECAST SETTLEMENT CORPORA   UNSECURED         13383.00            .00             .00
KOHLS                      UNSECURED           398.69            .00             .00
ROUNDUP FUNDING LLC        UNSECURED          5803.56            .00             .00
MORTGAGE ELECTRONIC REG    CURRENT MORTG          .00            .00             .00
AMERICAN GENERAL FINANCE   UNSECURED            31.73            .00             .00
          Summary of disbursements:
-----------------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED      OTHER           TOTAL

TOTAL CLMS ALLOWED  81186.00         .00    36535.83         .00       117721.83
PRINCIPAL PAID       9571.55         .00         .00         .00         9571.55
INTEREST PAID        1488.00         .00         .00         .00         1488.00
TOTAL PAID          11059.55         .00         .00         .00        11059.55
The Debtor's attorney, KATHLEEN VAUGHT                , was allowed $   3000.00
and was paid $   1674.00   direct and $   1326.00   through the plan.

The Trustee received $    576.45 .

Refunds to the Debtor totaled $        .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/15/07                          /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE










                                 PAGE   2
       CASE NO. 06 B 06835 JEAN D PERRY